UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Alea R. Kennedy,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>Joseph Robinette Biden, Jr.,<br><br>　　　　　　　　　Defendant | Case No. 2:24-cv-00018-MMD-BNW<br><br>ORDER |

Plaintiff filed an application to proceed *pro se* and a complaint. ECF Nos. 1, 1-1. This Court screened the complaint, and gave Plaintiff until February 22, 2024, to file an amended complaint. ECF No. 3. It appears that Plaintiff never received that order as the order was returned to this Court as undeliverable. ECF No. 4.

Local Rule IA 3-1, requires a *pro se* party to immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. LR IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id*.

The deadline to file the amended complaint will be extended to May 1, 2024.

**IT IS ORDERED** that Plaintiff will file his updated address with the Court within **thirty (30) days** from the date of this order. Failure to comply with this order may result in the dismissal of this case.

//
//
//

**IT IS FURTHER ORDERED** that Plaintiff shall have until May 1, 2024, to amend his complaint. Failure to do so by that date may result in the case being dismissed.

DATED: April 1, 2024

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE