UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALEA R. KENNEDY, | Case No. 2:24-cv-00018-MMD-BNW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| JOSEPH ROBINETTE BIDEN, JR., | |
| Defendant. | |

In her 55-page amended complaint, *pro se* Plaintiff Alea R. Kennedy brings several claims against President Joseph R. Biden, Jr. (ECF No. 10 ("Amended Complaint").) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Brenda Weksler, screening the Amended Complaint and recommending that it be dismissed with prejudice. (ECF No. 11.) Kennedy has not filed an objection to the R&R. The Court will adopt the R&R in full.

Because there is no objection, the Court need not conduct *de novo* review, and is satisfied that Judge Weksler did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.").

Judge Weksler found that Kennedy failed to state a claim upon which relief can be granted because the allegations in her Amended Complaint describe "fantastic and delusional scenarios." (ECF No. 11 at 2.) *See also Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (holding that courts may "dismiss those claims whose factual contentions are clearly baseless," such as "claims describing fantastic or delusional scenarios"). The Court agrees. Kennedy has, for example, alleged that Biden "elected to deploy a human cloning project to subsume [Kennedy's] personal brand, reputation, and personal

identity"; "the British Royal Family colluded with [Biden] to contriave [*sic*] [Kennedy's] ongoing and extreme torture"; and emergency medical care provided by Adam Sanders, the son of Senators Elizabeth Warren and Bernie Sanders, "incited the death of Elijah McClain." (ECF No. 10 at 2, 15, 21.) Kennedy goes on to accuse many other notable figures and persons in her life of sexual misconduct, torture, conspiracy, and other misdeeds. (*Id.*) The Court is thus satisfied that Judge Weksler did not clearly err in finding that Kennedy has not stated claims upon which relief can be granted and that further amendment would be futile.

It is therefore ordered that Judge Weksler's R&R (ECF No. 11) is accepted and adopted in full.

It is further ordered that Kennedy's Amended Complaint (ECF No. 10) is dismissed with prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 10th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE